

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 2, 2024

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Center for Constitutional Rights v. United States Department of Defense et al.*,
             23 Civ. 7689 (NRB)

Dear Judge Buchwald:

      This Office represents the United States Department of Defense ("DOD"), the United States Department of State ("DOS"), and the United States Department of Homeland Security ("DHS") (collectively, the "Government"), defendants in this action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). This case concerns a FOIA request submitted by Plaintiff to DOD, DOS, and DHS pertaining to specific locations where Plaintiff alleges the United States transferred and detained Afghan evacuees (the "FOIA Request") and seeking records related to alleged transfers, detentions, and locations.

      We write jointly with Plaintiff's counsel to request a four-day extension of the parties' deadline to submit a joint status report, from Monday, February 12, 2024, to Friday, February 16, 2024. The parties are actively engaged in meeting and conferring on the processing of this FOIA Request and have a meet and confer scheduled for February 12, 2024. The requested extension would allow the parties to meet and confer on February 12, 2024, and provide the Court with the most up-to-date information on the status of this case. This is the parties' first request for an extension of the deadline to submit a joint status report.

      We thank the Court for its attention to this matter.

                                                        Respectfully,

                                                         DAMIAN WILLIAMS
                                                         United States Attorney for the
                                                         Southern District of New York

                           By:    */s/ Elizabeth J. Kim*
                                  ELIZABETH J. KIM
                                  Assistant United States Attorney
                                  Tel.:   (212) 637-2745

Email: Elizabeth.Kim@usdoj.gov
*Counsel for DOD, DOS, and DHS*

/s/ *Sadaf Doost*
SADAF DOOST
J. WELLS DIXON
BAHER AZMY
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464
sdoost@ccrjustice.org

/s/ *Christopher Godshall-Bennett*
CHRISTOPHER GODSHALL-BENNETT
Muslim Advocates
P.O. Box 34440
Washington, D.C. 20043
(202) 873-1550
christopher@muslimadvocates.org

*Counsel for Plaintiff*

---

Application granted.

SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: February 5, 2024
New York, NY

2