**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**　　　　　　　　　　　　　　　　　　　　　　　　(212) 805-0194
**UNITED STATES DISTRICT JUDGE**

June 25, 2024

Christopher Godshall-Bennett
Golnaz Fakhimi
Naomi Tsu
Muslim Advocates
P.O. Box 34440
Washington, DC 20043

Jonathan Wells Dixon
Sadaf Doost
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012

Baher Azmy
Seton Hall Law School Center for Social Justice
833 McCarter Highway
Newark, NJ 07102

Elizabeth J. Kim
Department of Justice
U.S. Attorney's Office
86 Chambers Street
New York, NY 10007

　　　　　　　Re: Center for Constitutional Rights v. U.S. Department of Defense
　　　　　　　　　　　　　　　　　23 Civ. 7689 (NRB)

Dear Counsel:

　　　　We are in receipt of the parties' joint status report submitted on June 24, 2024. ECF No. 34. The Court acknowledges that we did not appreciate the distinction between the terms "production" and "processing" in this specific context. We write to clarify that we intended to direct the U.S. Attorney's Office to submit a scheduling proposal that sets forth a reasonably practicable rate at which its client agencies will process, rather than produce, responsive documents.

　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Naomi Reice Buchwald
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge